UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-cv-60523-RS

FRANTZ JEAN,

    Plaintiff,

v.

ALL ROADS KENWORTH LLC,

    Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, ALL ROADS KENWORTH LLC ("Defendant"), files this Answer and Affirmative Defenses to Plaintiff's Complaint. In response to the numbered paragraphs of the Complaint, Defendant states as follows:

### Introduction

1. Paragraph 1 characterizes this action and no response is required. To the extent it alleges that Plaintiff has incurred damages and is entitled to fees, paragraph 1 is denied.

### Jurisdiction

2. Paragraph 2 characterizes this action and no response is required.

3. Admitted.

### Parties and General Allegations

4. Defendant admits that it employed Plaintiff as a parts driver, but denies that it employed him for the entire time alleged in the Complaint (March 2022 to the March 19, 2025).

5. Admitted.

### Count I – Violation of FLSA by Defendant ALL ROADS KENWORTH – Overtime

6. Defendant incorporates its responses to paragraphs 1 through 5 as if fully set forth herein.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

### Count II – Unpaid Wages – Non-Overtime Wages

11. Defendant incorporates its responses to paragraphs 1 through 10 as if fully set forth herein.

12. Denied.

13. Paragraph 13 calls for a legal conclusion and no response is required.

14. Denied.

15. Denied.

### GENERAL DENIAL

Defendant further pleads that any and all allegations of Plaintiff's Complaint that are not expressly admitted herein are hereby denied.

### AFFIRMATIVE DEFENSES

Without admitting liability or the burden of proof as to Plaintiff's allegations, Defendant states their affirmative defenses as follows:

1. Defendant is not subject to liability under the FLSA for any alleged failure to pay overtime compensation for periods of time in which Defendant did not know or have reason to know that Plaintiff was working.

CASE NO. 0:25-cv-60523-RS

2.      Defendant is not subject to liability under the FLSA for any alleged failure to pay overtime compensation for either "preliminary or postliminary activities" or for "walking, riding, or traveling to and from the actual place of performance of the principal activity or activities which such employee is employed to perform," in accordance with the Portal-to-Portal Act, 29 U.S.C. § 254.

3.      All or part of the time which Plaintiff seeks compensation does not constitute compensable working time, including all meal periods in accordance with 29 C.F.R. § 785.19.

4.      Any insubstantial or insignificant periods of recording working time beyond the scheduled working hours of Plaintiff, which as a practical administrative matter cannot be recorded precisely for payroll periods, are de minimus and may be properly disregarded for payroll purposes in accordance with 29 C.F.R. § 785.47.

5.      Plaintiff's overtime claim is subject to offset for periods of time for which he was paid but not working.

6.      Plaintiff's claim against Defendant is barred for any period of time prior to May 1, 2023, the date Defendant acquired the business in question.

7.      Plaintiff is not entitled to liquidated damages because Defendant acted in good faith and had reasonable grounds for believing its conduct did not violate the FLSA.

8.      Count II fails to state a claim upon which relief may be granted.

Defendant reserves the right to raise additional affirmative defenses that may be revealed through discovery.

Dated: April 28, 2025

/s/ *Richard D. Tuschman*
Richard D. Tuschman, Esq.
Florida Bar No. 907480
rtuschman@gtemploymentlawyers.com
assistant@gtemploymentlawyers.com
**MCGUINNESS & CICERO**
Staff Counsel of Chubb Group of Insurance Co.
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Telephone: (954) 369-1050
Facsimile: (954) 380-8938

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Richard D. Tuschman*
Richard D. Tuschman

## SERVICE LIST

Robert S. Norell, Esq.
Fla. Bar No. 996777
rob@floridawagelaw.com
assistant@floridawagelaw.com
**ROBERT S. NORELL, P.A.**
300 N.W. 70th Ave., Suite 305
Plantation, FL 33317
Telephone: (954) 617-6017

*Attorney for Plaintiff*